Adam S. Affleck (#5434) adam-affleck@rbmn.com
**RICHARDS BRANDT MILLER NELSON**
Attorneys for Chapter 7 Trustee, J. Kevin Bird
111 East Broadway, Suite 400
Salt Lake City, UT 84111
Telephone: (801) 531-2000
Facsimile: (801) 532-5506
Attorneys for Chapter 7 Trustee, J. Kevin Bird

IN THE UNITED STATES BANKRUPTCY COURT
Central District of Utah

| | |
|---|---|
| In re<br><br>THEODORE WILLIAM WHITE, JR. and PORSCHA SHIROMA,<br><br>Debtors. | Bankruptcy Case No. 14-25727 KRA<br><br>(Chapter 7)<br><br>Filed Electronically |
| J. KEVIN BIRD, Trustee,<br><br>Plaintiff,<br>vs.<br><br>LYNN E. WARDLEY,<br><br>Defendant. | Adversary Proceeding No. 16-02089<br><br>Judge Kevin R. Anderson |

**NOTICE OF APPEAL AND STATEMENT OF ELECTION**

Part 1: Appellant

This appeal is by J. Kevin Bird ("**Appellant**"), who is the chapter 7 trustee in the above-captioned bankruptcy case and also the plaintiff in the above-captioned adversary proceeding (the "**Adversary Proceeding**").

Part II: Subject

Appellant appeals the final judgment of the Bankruptcy Court that was entered in the Adversary Proceeding on April 21, 2011. This appeal is of the entire judgment including, without limitation, all preliminary summary judgment orders.

Part III: Appellee

The other party to this appeal is Lynn E. Wardley ("**Appellee**"), who is the defendant in the Adversary Proceeding. Appellee is represented by Matthew L. Lalli (mlalli@swlaw.com), Troy J. Aramburu (taranburu@swlaw.com), and Bret R. Evans (bevans@swlaw.com) of the law firm of Snell & Wilmer L.L.P., 15 West South Temple, Suite 1200, Salt Lake City, UT 84101, (801) 257-1900.

Part IV: Election

Appellant <u>does not</u> elect to have this appeal heard by the District Court.

DATED May 4, 2022.

**RICHARDS BRANDT MILLER NELSON**

By: */s/ Adam S. Affleck*
Attorneys for Chapter 7 Trustee

2

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing **NOTICE OF APPEAL AND STATEMENT OF ELECTION** was filed with the Court which gave electronic notice to the following:

- Adam S. Affleck  adam-affleck@rbmn.com, andalin-bachman@rbmn.com;affleckar93359@notify.bestcase.com;jennifer-franklin@rbmn.com

- Troy J. Aramburu  taramburu@swlaw.com, jritchie@swlaw.com,docket_slc@swlaw.com,awayne@swlaw.com

- Bret R Evans  brevans@swlaw.com, jritchie@swlaw.com, docket_slc@swlaw.com, awayne@swlaw.com

- Tessa Meyer Santiago  tessameyersantiago@gmail.com, lincolnlaw.tms@gmail.com

DATED May 4, 2022.

*/s/ Adam S. Affleck*